**Order entered November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00270-CR

**MARSHETA CUDJO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16--30581-Q**

## ORDER

Before the Court is the State's November 27, 2017 motion for extension of time to file the State's brief. We **GRANT** the motion.

We **DIRECT** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/    MOLLY FRANCIS
PRESIDING JUSTICE
